UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------x

UNITED STATES OF AMERICA

    - v. -

FRANKLIN ALBERTO CORDERO,
    a/k/a "Toribio Castillo,"
    a/k/a "Compa,"

              Defendant.

------------------x

ORDER
07 Cr. 593 (PKC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/07

        WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge Michael H. Dolinger on June 29, 2007;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
            July 5, 2007

_____
P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE