

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

       - v -



TORIBIO CASTILLO,
     a/k/a "Compa"

07 Mag. 518

07 Cr.

        Defendant.

- - - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:      New York, New York
            June 28, 2007

                       MICHAEL J. GARCIA
                       United States Attorney

         By:    _____
                       CHRISTOPHER LAVIGNE
                       Assistant United States Attorney

                       AGREED AND CONSENTED TO:

         By:    _____
                       NEIL CHECKMAN
                       Attorney for Toribio Castillo,
                       a/k/a "Compa"

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/07

6/28/07  WHEEL A