```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :     INFORMATION
    - v. -                          :
                                          07 CRIM. 593
FRANKLIN ALBERTO CORDERO,           :
    a/k/a "Toribio Castillo,"       :
    a/k/a "Compa,"                  :
            Defendant.              :
------------------------------------x
```

COUNT ONE

The United States Attorney charges:

1. From in or about late 2005 through in or about late 2006, in the Southern District of New York and elsewhere, FRANKLIN ALBERTO CORDERO, a/k/a "Toribio Castillo," a/k/a "Compa," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that FRANKLIN ALBERTO CORDERO, a/k/a "Toribio Castillo," a/k/a "Compa," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

3. It was further a part and an object of the

conspiracy that FRANKLIN ALBERTO CORDERO, a/k/a "Toribio Castillo," a/k/a "Compa," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1), and 841(b)(1)(B) of Title 21, United States Code.

(Title 21, United States Code, Section 846.)

COUNT TWO

The United States Attorney further charges:

4.  From in or about late 2006 through on or about April 19, 2007, in the Southern District of New York and elsewhere, FRANKLIN ALBERTO CORDERO, a/k/a "Toribio Castillo," a/k/a "Compa," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

5.  It was a part and an object of the conspiracy that FRANKLIN ALBERTO CORDERO, a/k/a "Toribio Castillo," a/k/a "Compa," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

(Title 21 United States Code Section 846.)

COUNT THREE

The United States Attorney further charges:

6. In or about April 2007, FRANCISCO ALBERTO CORDERO, a/k/a "Toribio Castillo," a/k/a "Compa," the defendant, and others known and unknown, unlawfully, willfully, and knowingly, in the Southern District of New York and elsewhere, did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, CORDERO, and others known and unknown, conspired to commit a robbery of individuals they believed to be in possession of narcotics or narcotics proceeds.

Overt Acts

7. In furtherance of the conspiracy and to effect the illegal object thereof, the following acts, among others, were committed in the Southern District of New York and elsewhere:

    a. In or about April 2007, in the Bronx, New York, FRANCISCO ALBERTO CORDERO, a/k/a "Toribio Castillo," a/k/a "Compa," informed a co-conspirator not named as a defendant herein ("CC-1") of the location of an individual (the "Individual") who possessed narcotics.

3

b. In or about April 2007, in the Bronx, New York, other co-conspirators not named as defendants herein, while possessing law enforcement paraphernalia, robbed the Individual of narcotics.

(Title 18, United States Code, Section 1951.)

## COUNT FOUR

The United States Attorney further charges:

8. From in or about June 2005 to in or about July 2006, FRANKLIN ALBERTO CORDERO, a/k/a "Toribio Castillo," a/k/a "Compa," did knowingly possess an identification document, authentication feature, and false identification document, to wit, a fake Puerto Rican drivers license and United States social security card, with the intent such document be used to defraud the United States.

(Title 18, United States Code, Section 1028(a)(4).)

## FORFEITURE ALLEGATION WITH RESPECT TO COUNTS ONE AND TWO

9. As a result of committing one or more of the controlled substance offenses alleged in Counts One and Two of this Information, FRANKLIN ALBERTO CORDERO, a/k/a "Toribio Castillo," a/k/a "Compa," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used

in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Information, representing the amount of proceeds obtained as a result of the narcotics offenses charged in Counts One and Two of this ~~Indictment~~ Information.

Substitute Asset Provision

a. If any of the above-described forfeitable property, as a result of any act or omission of FRANKLIN ALBERTO CORDERO, a/k/a "Toribio Castillo," a/k/a "Compa," the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants, up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 853.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

FRANKLIN ALBERTO CORDERO,
a/k/a "Toribio Castillo,"
a/k/a "Compa,"

Defendant.

**INFORMATION**

07 Cr. __

(Title 21, United States Code, Section
846, Title 18, United States Code,
Sections 1951, 1028)

Michael J. Garcia
United States Attorney.

6/29/07 Fld Inf + waver of Ind AUSA
Christopher Lavigne pres. Deft Franklin
Alberto Cordero pres w/atty Neil
Checkman Spanish Inter pres.
Deft pleads guilty to Ct # 1, 2, 3, 4 of
Inf. Deft cust. demand. Consent to
Proceed bef Mag J filed.

Mag Judge Pitman