UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                  :
UNITED STATES OF AMERICA,    :   **WAIVER OF INDICTMENT**
                  :
       - v -        :   __ Cr. ____
                  :
FRANKLIN ALBERTO CORDERO,  :
    a/k/a "Toribio Castillo,":
    a/k/a "a/k/a "Compa"   :
                  :
       Defendant.   :
                  :
- - - - - - - - - - - - - - - - x



        The above-named defendant, who is accused of violating Title 21, United States Code, Sections 846, and Title 18, United States Code, Sections 1951 and 1028; being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.


_Franklin Alb. C._____
Defendant

_____
Witness

_Neil B. Checkins_____
Counsel for Defendant

Date: June 29, 2007
     New York, New York